IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 1:12cr223-LMB |
| HAMADA MAKARITA | ) | |
| Defendant | ) | |

**MOTION IN LIMINE**

COMES NOW, Defendant, by Counsel, and moves this Court for an Order restricting the Government's expert witness Lawrence Singer, DMD from testifying or in the alternative to restrict his testifying to certain matters contained in his 75 page report dated October 15, 2012.

Respectfully submitted,

James R. Tate
Counsel for Defendant

_____/s/_____
James R. Tate (VSB #6241)
Douglas E. Bywater (VSB #9137)
Allen B. Robertson (VSB# 79725)
Tate, Bywater & Fuller PLC
2740 Chain Bridge Road
Vienna, Virginia 22181
Phone: 703-938-5100
Fax: 703-255-1097
jtate@tatebywater.com
debywater@tatebywater.com

## Certificate of Service

I hereby certify that on the 31st day of October 2012, a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gene Rossi
Mazen Basrawi
Special Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
Phone:  703-299-3849
Fax:  703-299-3980
mazen.basrawi2@usdoj.gov

/s/
James R. Tate
Counsel for Defendant