IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:12cr223-LMB |
| | ) | Trial Date Nov. 5, 2012 |
| HAMADA MAKARITA | ) | |
| | ) | |
| Defendant | ) | |

## **DEFENDANT'S OBJECTION TO GOVERNMENT'S PROPOSED *VOIR DIRE*** 

COMES NOW, Defendant, by Counsel, and objects to certain of the Government's proposed *voir dire* questions for the reasons stated.

Defendant objects to any question that includes in it a listing of drugs such as Morphine, Methadone, marijuana, cocaine, heroin, etc. that have no connection to the drugs that Dr. Makarita is charged with prescribing or giving to patients. It is Defendant's position that the mention of these other drugs will wrongfully associate Dr. Makarita with such drugs and would be prejudicial to Dr. Makarita.

Respectfully submitted,

James R. Tate
Counsel for Defendant

        /s/
James R. Tate (VSB #6241)
Douglas E. Bywater (VSB #9137)
Allen B. Robertson (VSB# 79725)
Tate, Bywater & Fuller PLC
2740 Chain Bridge Road
Vienna, Virginia 22181
Phone: 703-938-5100
Fax: 703-255-1097
jtate@tatebywater.com
debywater@tatebywater.com

### Certificate of Service

      I hereby certify that on the 31st day of October 2012, a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gene Rossi
Mazen Basrawi
Special Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3849
Fax: 703-299-3980
mazen.basrawi2@usdoj.gov

        /s/
James R. Tate
Counsel for Defendant